## IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE STEVEN HUDSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 72429

GEORGE STEVEN HUDSON,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 72430

**FILED**

APR 2 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### *ORDER DISMISSING APPEAL IN DOCKET NO. 72429*

Docket No. 72429 is an appeal from a judgment of conviction. First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of the appeal in Docket No. 72429. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing the appeal, including that appellant cannot hereafter seek to reinstate the appeal, and that any issues that were or could have been brought in the appeal are forever waived. Having been so informed,

appellant consents to a voluntary dismissal of the appeal.    Cause appearing, we

ORDER the appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. James Todd Russell, District Judge
        Waters Law Firm LLC
        Attorney General/Carson City
        Carson City District Attorney
        Carson City Clerk
        George Steven Hudson

_____

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.